NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PFIZER INC., WARNER-LAMBERT COMPANY LLC, AND C.P. PHARMACEUTICALS INTERNATIONAL C.V.,**
*Plaintiffs-Appellees,*

AND

**NORTHWESTERN UNIVERSITY,**
*Plaintiff-Appellee,*

v.

**TEVA PHARMACEUTICALS USA, INC. AND TEVA PHARMACEUTICAL INDUSTRIES, LTD.,**
*Defendants-Appellants,*

AND

**LUPIN, LTD. AND LUPIN PHARMACEUTICALS, INC.,**
*Defendants-Appellants,*

AND

**ACTAVIS, INC. AND ACTAVIS ELIZABETH, LLC,**
*Defendants-Appellants,*

AND

**COBALT LABORATORIES, INC. AND COBALT PHARMACEUTICALS, INC.,**
*Defendants-Appellants,*

AND

## SUN PHARMA GLOBAL, INC., SUN PHARMACEUTICAL INDUSTRIES, LTD., AND SUN PHARMACEUTICAL INDUSTRIES, INC.,
*Defendants-Appellants,*

AND

## WOCKHARDT LIMITED AND WOCKHARDT USA, LLC,
*Defendants-Appellants,*

AND

## ALPHAPHARM PTY. LTD. AND MYLAN PHARMACEUTICALS, INC.,
*Defendants-Appellants.*

---

2012-1576, -1601, -1602, -1603, -1604, -1605, -1607

---

Appeals from the United States District Court for the District of Delaware in consolidated case no. 09-CV-0307, Chief Judge Gregory M. Sleet.

---

## ON MOTION

---

## ORDER

Sun Pharma Global, Inc., Sun Pharmaceutical Industries, Ltd., and Sun Pharmaceutical Industries, Inc. move to withdraw Robert Breisblatt and Jeremy Daniel as

PFIZER INC. V. TEVA PHARMACEUTICALS USA                    3

counsel and substitute Barry P. Golob as principal counsel.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT


/s/ Jan Horbaly
Jan Horbaly
Clerk

s26